IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLEY S. O'DONNELL, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| vs. | : | NO. 09-3435 |
| | : | |
| MARIROSA LAMAS, et al., | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this 6th day of February, 2013, upon careful and independent consideration of the petition for writ of *habeas corpus*, the related papers, and the pertinent documents concerning the adjudication of the petitioner's claims in state court, and after review of the thorough and well-reasoned Report and Recommendation of Magistrate Judge David R. Strawbridge, it is hereby ORDERED that:

1. The petitioner's objections are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The petition for writ of *habeas corpus* is DENIED without an evidentiary hearing;

4. A certificate of appealability SHALL NOT issue, in that the petitioner has not made a substantial showing of the denial of a constitutional right nor shown that reasonable jurists would find the correctness of the procedural aspects of Magistrate Judge Strawbridge's Report debatable. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

5. The Clerk of the Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.